Magistrate Judge Paula L. McCandlis

FILED ____ ENTERED ____
LODGED ____ RECEIVED ____

AUG 07 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Instagram Account: **DGHOSTBARBER187** | NO. MJ16-337MAT<br><br>**MOTION REQUESTING EXTENSION OF SEAL OF SEARCH WARRANT AND RELATED MATERIALS**<br><br>**(FILED UNDER SEAL)** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully requests that this Court extend the seal of the search warrant materials in this matter.

In August 2016, the Court issued a warrant regarding a particular Instagram account. The Court ordered that the warrant remain under seal until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order.

The warrant pertained to an individual believed to be involved in gun trafficking located in Barbados. That individual is currently in Barbados, and is believed to be still

Motion to Extend Seal – 1
Instagram Account/MJ16-337MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

interested in acquiring firearms from the United States, in violation of U.S. law. The individual does not appear to be aware of the investigation, including that he was communicating with undercover agents. If the individual were to learn of the warrant, he likely would avoid coming to the United States (which is likely how he could be apprehended), and take other steps to frustrate the investigation, including ceasing any future contact with the undercover agents. In light of these circumstances, the government respectfully requests that the seal be extended an additional twelve months. A proposed order is attached for the Court's consideration.

DATED this 7th day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0755
E-mail: thomas.woods2@usdoj.gov

Motion to Extend Seal – 2
Instagram Account/MJ16-337MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970