Magistrate Judge Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN THE MATTER OF THE SEARCH OF:<br><br>Instagram Account: **DGHOSTBARBER187** | NO. MJ16-337MAT<br><br>**ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS**<br><br>**(FILED UNDER SEAL)** |
|---|---|

Based upon the representations made in the motion of the United States, and good cause having been show:

IT IS HEREBY ORDERED that the search warrant, search warrant return, application and affidavit in support of the same, and all attachments in this matter, along with this order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) twelve months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order. Nothing in this Order is intended to create or supersede any other applicable obligation under law.

IT IS FURTHER ORDERED, that on or before the earliest of the dates specified above, the government shall file a motion in which it either (1) provides good cause for a

Order Extending Seal – 1
Instagram Account/MJ16-337MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order of this Court to unseal this warrant and all related documents, including the motion and order to seal the same. In the event the government fails to file the motion required by this Order on or before the earliest of the three triggering events, and the Court has not otherwise extended the sealing period following a showing of good cause by the government, the Clerk of Court shall unseal this warrant and all related documents without further order of the Court.

IT IS SO ORDERED.

DATED this 7th day of August, 2019.

PAULA L. McCANDLIS
United States Magistrate Judge

Presented by:

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

Order Extending Seal – 2
Instagram Account/MJ16-337MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970